**Electronically Filed
Intermediate Court of Appeals
CAAP-22-0000391
02-SEP-2022
07:49 AM
Dkt. 21 OAWST**

NO. CAAP-22-0000391

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MELITA M. MILLER-KALAMA and CY KALAMA, Plaintiffs-Appellants, v.
TARA KEANUENUELANI MILLER, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE THIRD CIRCUIT
HAMAKUA DIVISION
(CASE NO. 3DRC-22-0000387)

ORDER APPROVING STIPULATION TO DISMISS
(By: Hiraoka, Presiding Judge, McCullen and Chan, JJ.)

Upon consideration of the Stipulation for Dismissal of
Appeal With Prejudice (**Stipulation**), filed August 29, 2022, by
Plaintiffs-Appellants Melita M. Miller-Kalama and Cy Kalama, the
papers in support, and the record, it appears that (1) the appeal
has been docketed; (2) the parties stipulate to dismiss the
appeal with prejudice and bear their own attorneys' fees and
costs; (3) the Stipulation is dated and signed by counsel for all

parties appearing in the appeal;[1] and (4) dismissal is authorized by HRAP Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, September 2, 2022.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Sonja M.P. McCullen
Associate Judge

/s/ Derrick H.M. Chan
Associate Judge

---

[1] Plaintiffs-Appellants' counsel, David H. Lawton, and Defendant-Appellee's counsel, William Dean, are cautioned that documents filed through the Judiciary Electronic Filing System shall be signed as provided by the Hawaiʻi Electronic Filing and Service Rules. See Hawaiʻi Rules of Appellate Procedure (**HRAP**) Rule 32(d).